969 A.2d 1068

IN THE MATTER OF GREGORY H. QUIGLEY,
AN ATTORNEY AT LAW.

March 26, 2009.

## ORDER

**GREGORY H. QUIGLEY** of **PHILADELPHIA, PENNSYLVANIA,** who was admitted to the bar of this State in 1986, having pleaded guilty in the Pennsylvania Court of Common Pleas, Delaware County, to one count of conspiracy to commit perjury, in violation of Section 903 of the Crimes Code, 18 Pa.C.S. § 903, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **GREGORY H. QUIGLEY** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **GREGORY H. QUIGLEY** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **GREGORY H. QUIGLEY** comply with *Rule* 1:20–20 dealing with suspended attorneys.